**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY SOLOMON,<br><br>   Plaintiff,<br><br>   v.<br><br>JONATHAN SHELDON, et al.,<br><br>   Defendants. | No.  2:18-CV-3012-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 2, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 2, 2020, are adopted in full;

2. Defendant Sheldon's motion to dismiss (ECF No. 34) is denied in full;

3. Defendant Martinez, Aranda, and Young's motion to dismiss (ECF No. 35) is granted in full; and

4. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

DATED:  April 21, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE