1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TIMOTHY SOLOMON,                          No.  2:18-CV-3012-JAM-DMC-P

12                    Plaintiff,

13          v.                                  ORDER

14   JONATHAN SHELDON,

15                    Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983. On March 2, 2020, the Magistrate Judge filed findings and recommendations

19   (ECF No. 45), recommending that: (1) defendants' motion to dismiss (ECF No. 35) be granted in

20   full, without prejudice; (2) plaintiff be granted leave to amend; and (3) if plaintiff elects not to

21   amend, the action shall proceed against defendant Sheldon only on a claim of excessive force. On

22   April 22, 2020, the District Judge adopted the findings and recommendations in full. See ECF No.

23   46. On May 7, 2020, plaintiff replied to the adopting order, accepting the findings and

24   recommendations and electing to proceed solely on his excessive force claim against defendant

25   Sheldon. See ECF No. 47.

26   ///

27   ///

28   ///

1    Accordingly, IT IS HEREBY ORDERED that defendant Sheldon shall file an

2    answer to plaintiff's amended complaint within 30 days of the date of this order.

3

4

5    Dated:  May 21, 2020

6    _____

7    DENNIS M. COTA
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28