**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY SOLOMON,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SHELDON,<br><br>Defendant. | No. 2:18-CV-3012-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) defendant's motion to modify (ECF No. 57) the discovery and scheduling order; and (2) plaintiff's "Motion Notice for Trial Readiness" (ECF No. 58).

Plaintiff has submitted a statement of non-opposition to defendant's motion to modify the scheduling order. See ECF No. 60. Good cause appearing therefor, defendant's motion to modify the Court's June 3, 2020, scheduling order (ECF No. 57) will be granted. The June 3, 2020, scheduling order will be modified as outlined below.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed motion to modify the schedule (ECF No. 57) is granted.

2. The parties may conduct discovery until November 12, 2020. All requests for discovery shall be served by this cut-off date. Any motions necessary to compel discovery shall be filed within 60 days from this cut-off date.

3. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

4. Plaintiff's "Motion Notice of Trial Readiness" is construed as a status report and, so construed, is taken under advisement.

5. The Clerk of the Court is directed to terminate ECF No. 58 as a pending motion.

Dated: August 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE