IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SOLOMON,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN SHELDON,<br><br>    Defendant. | No.  2:18-CV-3012-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No .70, "to proceed with case proceedings." Plaintiff states that discovery has closed and seeks an order setting the matter for trial.  Plaintiff's request is denied as premature in that, by separate order issued herewith, the Court has extended the time to complete discovery to February 12, 2021.  Following expiration of this cut-off date and resolution of any dispositive motions, the Court will issue further orders as appropriate for trial setting.

   IT IS SO ORDERED.

Dated:  November 18, 2020

                                                        _____
                                                        DENNIS M. COTA
                                                        UNITED STATES MAGISTRATE JUDGE

1