**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY SOLOMON,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN SHELDON,<br><br>  Defendant. | No.  2:18-CV-3012-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The Court sua sponte modifies the schedule for this litigation to accommodate further discovery allowed by the Court in the order issued herewith.

The Court has ordered that Plaintiff provide further supplemental responses to Defendant's interrogatories, set one, requests for production, set one, and requests for admissions, set one.  Plaintiff is required to serve further supplemental responses within 90 days.  Defendant will be provided an opportunity to serve limited follow-up discovery requests, or seek by appropriate motion an order compelling further responses or sanctions should Plaintiff fail to comply.  The schedule will, therefore, be modified as outlined below:

/ / /

/ / /

/ / /

1. Discovery shall close on September 6, 2021;

2. Any new discovery served following the date of this order shall be limited to Defendant's requests for follow-up discovery based on further supplemental responses served pursuant to the Court's order issued herewith granting Defendant's motion to compel;

3. All motions to compel or for sanctions shall be filed by this date; and

4. Dispositive motions shall be filed by December 6, 2021.

IT IS SO ORDERED.

Dated: March 3, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2