**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TIMOTHY SOLOMON, | CASE NO.   2:18-cv-3012 JAM DMC (PC) |
| Plaintiff, | |
| vs. | **ORDER** |
| JONATHAN SHELDON,<br>M. ARANDA,<br>N. MARTINEZ,<br>A. YOUNG, | |
| Defendants.<br>_____/ | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  March 25, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

STIPULATION OF DISMISSAL [FRCP 41(a) AND [PROPOSED] ORDER    **PAGE 1**